# UNITED STATES DISTRICT COURT
Southern District of Illinois


FILED
FEB 0 9 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Jose L. Silva | |

Case No.   4:01CR40082-003-JPG
USM No.   01cr40082-003

Judith A. Kuenneke, AFPD
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant possessed methamphetamine | 01/02/2012 |
| Standard # 2 | The defendant failed to submit monthly reports timely | 12/31/2011 |
| Standard # 3 | Defendant failed to provide truthful information to probation | 01/09/2012 |
| Standard # 10 | Defendant failed to permit probation officer to visit him | 01/05/2012 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   9740

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Karnak, IL 62956

02/03/2012
Date of Imposition of Judgment

_/s/_ Signature of Judge

J. Phil Gilbert     District Judge
Name and Title of Judge

2/9/2012
Date

DEFENDANT: Jose L. Silva
CASE NUMBER: 4:01CR40082-003-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #11 | Defendant failed to notify probation of being questioned by police | 08/22/2010 |
| Special | Defendant failed to call the on-Site Drug Testing Program | 12/29/2009 |

DEFENDANT: Jose L. Silva
CASE NUMBER: 4:01CR40082-003-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

11 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL